## No. 7034.

### E. & S. WEIL VS. CHARLES HILLBRON.

In a suit against one who formerly lived in this State, but who for many years has resided abroad at his birthplace in Prussia, when the curator *ad hoc* has not had time since his appointment to write to the absent defendant and receive his reply, and asked for further time which was refused, the judgment against him on a

Succession of Hynson.

moneyed demand will be reversed, and a judgment of non-suit entered, and the attachment will be set aside.

APPEAL from the District Court for Rapides. BLACKMAN, J.

*R. A. Hunter* for Plaintiff. *Osborn* and *R. P. Hunter* for Defendant Appellant.

EGAN, J., delivered the opinion.